| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) ALDRICH, ANN | 2. Court or Organization U.S. DISTRICT NO DIST OHIO | 3. Date of Report 5/25/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE (SENIOR STATUS) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address CARL B. STOKES US COURTHOUSE 801 WEST SUPERIOR AVE, STE 17B CLEVELAND, OHIO 44113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE | TRUST #2 |

RECEIVED 2005 JUN -1 A 11: 24 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ALDRICH, ANN | 5/25/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | THE EQUITABLE ANNUITY | 884 |
| 2. | | TEACHERS INSURANCE AND ANNUITY ASSOCIATION | 977 |
| 3. | | TEACHERS INSURANCE AND ANNUITY ASSOCIATION | 579 |
| 4. | | TRUST #2 - CO-TRUSTEE FEES | 13150 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | GEORGE MASON UNIVERSITY SCHOOL OF LAW - LAW & ECONOMICS CENTER | OCTOBER 7/10 - ARLINGTON, VA - SEMINAR RE: GOTUS, VATEL & MODERN INTER LAW (TRANSPORTATION, MEALS AND LODGING) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALDRICH, ANN | 5/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. TRUST PART A: MONEY MARKET FUND - FLEET NATIONAL BANK | C | Interest | M | T | | | | | |
| 2. CHECKING - KEY BANK - CLEVELAND, OHIO | A | Interest | J | T | | | | | |
| 3. CHECKING - KEY BANK - CLEVELAND, OHIO | A | Interest | | | CLOSED | 06/01 | J | | |
| 4. CHECKING - CAYMAN NATL BANK - CAYMAN BRAC, BRITISH W.I. | | None | J | T | | | | | |
| 5. UNIMPROVED REAL PROPERTY ██ ACRES WEST END CAYMAN BRAC | | None | O | Q | | | | | |
| 6. HOUSE AND LOT - CAYMAN BRAC, BRITISH W.I. | | None | N | W | | | | | |
| 7. IRA SMITH BARNEY - JOHN HANCOCK REGIONAL BANK SHARES | A | Interest | | | TRANSFER | 05/30 | K | | TO TRUST #2 |
| 8. CHECKING - KEY BANK - CLEVELAND, OHIO | A | Interest | | | TRANSFER | 05/30 | J | | TO TRUST #2 |
| 9. 1 LOT ██████ SUDIVISION - PRINCE GEORGES COUNTY, MD | | None | | | TRANSFER | 05/30 | J | | TO TRUST #2 |
| 10. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | | | TRANSFER | 05/30 | K | | TO TRUST #2 |
| 11. HOST MARRIOTT COMMON STOCK | A | Dividend | | | TRANSFER | 05/30 | J | | TO TRUST #2 |
| 12. SOUTHERN COMPANY COMMON STOCK | A | Dividend | | | TRANSFER | 05/30 | J | | TO TRUST #2 |
| 13. PEPCO HOLDING INC | A | Dividend | | | TRANSFER | 05/30 | J | | TO TRUST #2 |
| 14. SMITH BARNEY UNIT TRUST - UTS | A | Dividend | | | TRANSFER | 05/30 | L | | TO TRUST #2 |
| 15. DEAN WITTER MUTUAL FUND - MSDW LIQUID ASSET FUND | A | Dividend | | | TRANSFER | 05/30 | L | | TO TRUST #2 |
| 16. NUVEEN DIV ADVANTAGE MUNI FUND | A | Dividend | | | TRANSFER | 05/30 | J | | TO TRUST #2 |
| 17. ISTAR FINANCIAL INC | A | Dividend | | | REDEEM | 02/23 | J | A | |
| 18. CITIGROUP, INC. | A | Interest | | | TRANSFER | 05/30 | K | | TO TRUST #2 |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | ALDRICH, ANN | 5/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. JOHN HANCOCK REGIONAL BANK FUND B | A | Dividend | | | TRANS FER | 05/30 | L | | TO TRUST #2 |
| 20. US TREAS HH BONDS | A | Interest | | | TRANS FER | 05/30 | L | | TO TRUST #2 |
| 21. US TREAS E BONDS | A | Interest | | | TRANS FER | 05/30 | K | | TO TRUST #2 |
| 22. IRA - THE EQUITABLE - ALLIANCE GROWTH INVESTORS FUND | B | Interest | K | T | | | | | |
| 23. SALOMON BROTHERS HIGH INCOME FUND II | A | Interest | | | TRANS FER | 05/30 | J | | TO TRUST #2 |
| 24. MIRANT CORP | A | Dividend | | | TRANS FER | 05/30 | J | | TO TRUST #2 |
| 25. BLACK ROCK INVESTMENT QUALITY MUNI TRUST | B | Dividend | | | TRANS FER | 05/30 | L | | TO TRUST #2 |
| 26. BLACKROCK MUNICIPAL INCOME TRUST | A | Dividend | | | TRANS FER | 05/30 | K | | TO TRUST #2 |
| 27. FORD MOTOR CREDIT PFD 7/375% | A | Dividend | | | SELL | 01/23 | K | B | |
| 28. GENERAL MOTORS ACCT CORP PFD 7.3% | A | Dividend | | | SELL | 04/21 | K | A | |
| 29. PUBLIC STORAGE INC PFD | A | Dividend | | | SELL | 04/21 | K | A | |
| 30. REGIONS FINANCING TR PFD 8% | A | Dividend | | | SELL | 04/21 | K | A | |
| 31. ROYAL BANK SCOTLAND GRP PFD 7.875% | A | Dividend | | | SELL | 04/21 | K | A | |
| 32. ST PAUL CAPITAL TRUST PFD 7.6% | A | Dividend | | | SELL | 04/21 | K | A | |
| 33. SUNTRUST CAPITAL IV PFD 7.6% | A | Dividend | | | SELL | 04/21 | K | A | |
| 34. TARGETS TR XI TARGETED GROWTH ENHANCED TERM SEC ON AMX | A | Dividend | | | TRANS FER IN | 05/30 | J | | TO TRUST #2 |
| 35. TARGETS TR X TARGETED GROWTH ENHANCED TERM SEC ON GE | A | Dividend | | | TRANS FER | 05/30 | J | | TO TRUST #2 |
| 36. VALLEY NATIONAL BANCORP PFD 7.75% | A | Dividend | | | SELL | 04/21 | K | B | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALDRICH, ANN | 5/25/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Amount Code 1 (A-H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. JOHN HANCOCK FINANCIAL INDUSTRIES FUND | A | Dividend | | | TRANS FER | 05/30 | J | | TO TRUST #2 |
| 38. SMITH BARNEY MANAGED MUNICIPALS FUND | C | Dividend | | | TRANS FER | 05/30 | M | | TO TRUST #2 |
| 39. SMITH BARNEY MUNI MONEY MARKET FUND | A | Dividend | | | TRANS FER | 05/30 | L | | TO TRUST #2 |
| 40. NUVEEN QUALITY PFD INCOME FUND 2 | B | Dividend | | | TRANS FER | 05/30 | K | | TO TRUST #2 |
| 41. ALLIANCE NATL MUN INCOME FUND | A | Dividend | | | TRANS FER | 05/30 | K | | TO TRUST #2 |
| 42. GENL MOTORS ACCEPT CORP PFD 7.35% | A | Dividend | | | SELL | 01/23 | L | B | |
| 43. HOUSEHOLD FIN CORP INTERNOTES BANK | A | Dividend | | | TRANS FER | 05/30 | K | | TO TRUST #2 |
| 44. NUVEEN PFD & CONV INCOME FUND 2 | B | Dividend | | | TRANS FER | 05/30 | K | | TO TRUST #2 |
| 45. SALOMON BROS EMERGING MKTS DEBT FUND | B | Dividend | | | TRANS FER | 05/30 | K | | TO TRUST #2 |
| 46. SALOMON BROS GLOBAL HIGH INCOME FUND | B | Dividend | | | TRANS FER | 05/30 | K | | TO TRUST #2 |
| 47. AIM MONEY MARKET FUND | A | Dividend | | | TRANS FER | 05/30 | K | | TO TRUST #2 |
| 48. GENERAL MOTORS ACCEPT CORP BOND | B | Dividend | | | TRANS FER | 05/30 | K | | TO TRUST #2 |
| 49. EATON VANCE TAX ADV GLOBAL DIV INC FUND | B | Dividend | | | BUY | 01/30 | L | | |
| 50. EATON VANCE TAX ADV GLOBAL DIV INC FUND | | | | | TRANS FER | 05/30 | L | | TO TRUST #2 |
| 51. SALOMON BROS INFLATION MGMT FUND | A | Dividend | | | BUY | 05/28 | L | | |
| 52. SALOMON BROS INFLATION MGMT FUND | | | | | TRANS FER | 05/30 | L | | TO TRUST #2 |
| 53. TRUST #2 | E | DIV & INT | P1 | T | | | | | |
| 54. - IRA SMITH BARNEY - JOHN HANCOCK REGIONAL BANK SHS | | | | | TRANS FER IN | 05/30 | K | | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:             J = $15,000 or less      K = $15,001-$50,000       L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                       P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal            R = Cost (Real Estate Only)   S = Assessment       T = Cash/Market
   (See Column C2)           U = Book Value           V = Other                 W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | ALDRICH, ANN | 5/25/2005 |

## VII INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - CHECKING - KEY BANK - CLEVELAND, OHIO | | | | | TRANS FER IN | 05/30 | J | | |
| 56. - 1 LOT ▬▬▬ SUBDIVISION - PRINCE GEORGES COUNTY, MD | | | | | TRANS FER IN | 05/30 | J | | |
| 57. - DEAN WITTER MUTUAL FUND - MSDW LIQUID ASSET FUND | | | | | TRANS FER IN | 05/30 | L | | |
| 58. - DEAN WITTER MUTUAL FUND - MSDW LIQUID ASSET FUND | | | | | SELL | 10/15 | L | A | |
| 59. - US TREAS HH BONDS | | | | | TRANS FER IN | 05/30 | L | | |
| 60. - US TREAS E BONDS | | | | | TRANS FER IN | 05/30 | K | | |
| 61. - SMITH BARNEY MUNI MONEY MARKET FUND | | | | | TRANS FER IN | 05/30 | L | | |
| 62. - CITIGROUP INC | | | | | TRANS FER IN | 05/30 | K | | |
| 63. - CITIGROUP INC | | | | | SELL | 09/29 | K | B | |
| 64. - HOST MARRIOTT COMMON STOCK | | | | | TRANS FER IN | 05/30 | J | | |
| 65. - MIRANT CORP | | | | | TRANS FER IN | 05/30 | J | | |
| 66. - PEPCO HOLDING INC | | | | | TRANS FER IN | 05/30 | J | | |
| 67. - SOUTHERN COMPANY COMMON STOCK | | | | | TRANS FER IN | 05/30 | J | | |
| 68. - VERIZON COMMUNICATIONS COMMON STOCK | | | | | TRANS FER IN | 05/30 | K | | |
| 69. - EATON VANCE TAX ADV GLOBAL DIV INC FUND | | | | | TRANS FER IN | 05/30 | L | | |
| 70. - EATON VANCE TAX ADV GLOBAL DIV INC FUND | | | | | SELL | 11/18 | L | A | |
| 71. - NUVEEN QUALITY PFD INCOME FUND 2 | | | | | TRANS FER IN | 05/30 | K | | |
| 72. - NUVEEN QUALITY PFD INCOME FUND 2 | | | | | SELL | 11/18 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | HI = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALDRICH, ANN | 5/25/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - NUVEEN PFD & CONV INCOME FUND 2 | | | | | TRANSFER IN | 05/30 | K | | |
| 74. - NUVEEN PFD & CONV INCOME FUND 2 | | | | | SELL | 11/18 | K | A | |
| 75. - SALOMON BROTHERS HIGH INCOME FUND II | | | | | TRANSFER IN | 05/30 | J | | |
| 76. - SALOMON BROS EMERGING MKTS DEBT FUND | | | | | TRANSFER IN | 05/30 | K | | |
| 77. - SALOMON BROS EMERGING MKTS DEBT FUND | | | | | SELL | 11/18 | K | A | |
| 78. - SALOMON BROS GLOBAL HIGH INCOME FUND | | | | | TRANSFER IN | 05/30 | K | | |
| 79. - SALOMON BROS GLOBAL HIGH INCOME FUND | | | | | SELL | 11/18 | K | A | |
| 80. - SALOMON BROS INFLATION MGMT FUND | | | | | TRANSFER IN | 05/30 | L | | |
| 81. - SALOMON BROS INFLATION MGMT FUND | | | | | PARTIAL SALE | 11/18 | K | A | |
| 82. - ALLIANCE NATL MUNI INCOME FUND | | | | | TRANSFER IN | 05/30 | K | | |
| 83. - BLACKROCK INVESTMENT QUALITY MUNI TRUST | | | | | TRANSFER IN | 05/30 | L | | |
| 84. - BLACKROCK INVESTMENT QUALITY MUNI TRUST | | | | | PARTIAL SALE | 11/18 | K | B | |
| 85. - BLACKROCK MUNICIPAL INCOME TRUST | | | | | TRANSFER IN | 05/30 | K | | |
| 86. - NUVEEN DIV ADVANTAGE MUNI FUND | | | | | TRANSFER IN | 05/30 | J | | |
| 87. - TARGETS TR XI TARGETED GROWTH ENHANCED TERM SEC ON AMX | | | | | TRANSFER | 05/30 | J | | |
| 88. - TARGERS TR XI TARGETED GROWTH ENHANCED TERM SEC ON AMX | | | | | REDEEM | 08/14 | J | A | |
| 89. - TARGETS TR X TARGETED GROWTH ENHANCED TERM SEC ON GE | | | | | TRANSFER IN | 05/30 | J | | |
| 90. - TARGETS TR X TARGETED GROWTH ENHANCED TERM SEC ON GE | | | | | REDEEM | 08/15 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALDRICH, ANN | 5/25/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91.   - AIM MONEY MARKET FUND | | | | | TRANS FER IN | 05/30 | K | | |
| 92.   - JOHN HANCOCK REGIONAL BANK FUND | | | | | TRANS FER IN | 05/30 | L | | |
| 93.   - JOHN HANCOCK FINANCIAL INDUSTRIES FUND | | | | | TRANS FER IN | 05/30 | J | | |
| 94.   - SMITH BARNEY MANAGED MUNICIPALS FUND | | | | | TRANS FER IN | 05/30 | M | | |
| 95.   - SMITH BARNEY UNIT TRUST - UTS | | | | | TRANS FER IN | 05/30 | L | | |
| 96.   - GENERAL MOTORS ACCEPT CORP BOND | | | | | TRANS FER IN | 05/30 | K | | |
| 97.   - GENERAL MOTORS ACCEPT CORP BOND | | | | | SELL | 10/18 | K | A | |
| 98.   - HOUSEHOLD FIN CORP INTERNOTES BANK | | | | | TRANS FER IN | 05/30 | K | | |
| 99.   - DUBLIN OHIO RFDG & IMPT SER A | | | | | BUY | 12/01 | K | | |
| 100.   - CUYAHOGA CNTY OHIO LTD TAX | | | | | BUY | 12/14 | M | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>ALDRICH, ANN | Date of Report<br><br>5/25/2005 |
| --- | --- | --- |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VII. LINE 1.  TRUST DATED JUNE 22, 1966.  50% LIFE INTEREST.

VII. LINE 5.  ████ACRES ██████████████████ CAYMAN ISLAND, B.W.I. HALF OWNED.  APPRAISAL DATE:  JUNE 16, 2004.

VII. LINES 10-19 AND 23-52.  HELD IN BROKERAGE ACCOUNTS UNDER SEPARATE OWNERSHIP IN ████████ TRUST.  THIS TRUST BECAME IRREVOCABLE UPON ████████ DEATH.

VII.  LINES 7-21 AND 23-52.  PURSUANT TO OUR ████████ AGREEMENT, I DO NOT HAVE, NOR WILL I EVER HAVE, ANY FINANCIAL INTEREST IN ANY OF THE ASSETS OWNED BY ████████ AS LISTED HEREIN.  THESE ASSETS ARE IN TRUST #2 WHICH BECAME IRREVOCABLE ON 5/31/04 UPON ████████ DEATH.  TRUST #2 LINES 54-100.

VII.  LINE 53. I HAVE NO BENEFICIAL INTEREST IN TRUST #2.  I AM A CO-TRUSTEE OF THIS IRREVOCABLE TRUST.

10

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ALDRICH, ANN | 5/25/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature X ~~[redacted]~~          Date X 5|26|05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

11